An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VISION AIRLINES, INC. D/B/A AVIATION VENTURES, INC.; AND VISION AVIATION HOLDINGS, INC. D/B/A PREMIER AIRCRAFT MANAGEMENT A/K/A AVIATION VENTURES, INC. Appellants, vs. UNITED AVIATION SERVICES, Respondent. | No. 62832 **FILED** APR 1 1 2013 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

## ORDER ADMINISTRATIVELY CLOSING APPEAL

On March 14, 2013, appellants filed an amended notice of appeal in the district court, which was then docketed in this court as a new appeal, Docket No. 62832. Upon further review, it appears that appellants properly amended their original notice of appeal, docketed in *Vision Airlines v. United Aviation Serv.'s*, Docket No. 62382, to perfect jurisdiction in this court. NRAP 4(a)(6) and (7). Accordingly, we direct the clerk of this court to (1) transfer to Docket No. 62382 the amended notice of appeal, case appeal statement, and docketing statement that were filed in Docket No. 62832; (2) refund the filing fee paid in Docket No. 62832; and (3) administratively close Docket No. 62832.

It is so ORDERED.

_____, C.J.
Pickering

cc:  Hon. Kerry Louise Earley, District Judge
     Edward R. Miley, District Judge, Pro Tem
     Howard & Howard
     Breeden & Associates
     Hand Page & Sullivan, LLC
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10778